1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

**SEALED FILED**

MAY - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:06-MJ-0124 GGH

IN RE:                        )   Case No.
                              )
       SEALED                 )   SEALING ORDER
                              )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that:

The application for search warrant, accompanying affidavit, and attachments; search warrant and attachments; complaint and accompanying affidavit; and warrant for arrest filed in the above-captioned matter be ordered **sealed** until execution of the arrest warrant.

DATED: May 1, 2006

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge