1  DANIEL BORDERICK, Bar #89424
   Acting Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HAROLD WILLIAM SHIPPEN
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. CR-S-06-208 GEB
                                    )
12               Plaintiff,         )
                                    )  STIPULATION AND ORDER
13       v.                         )
                                    )
14  HAROLD WILLIAM SHIPPEN,         )  Date:  June 16, 2006
                                    )  Time:  9:00 a.m.
15               Defendant.         )  Judge: Garland E. Burrell, Jr.
                                    )
16  _____ )

17

18       It is hereby stipulated between the parties, Camil Skipper,

19  Assistant United States Attorney, attorney for Plaintiff, and Linda

20  Harter, attorney for defendant, HAROLD WILLIAM SHIPPEN, as follows:

21       It is agreed that the current Status Conference date of June 2,

22  2006 be vacated and a new status conference date of June 16, 2006 at

23  9:00 a.m. be set.

24       This continuance is requested because defense counsel will be out

25  of the district.

26       It is further stipulated and agreed between the parties that the

27  period beginning June 2, 2006 through and including June 16, 2006

28  should be excluded in computing the time within which the trial of the

above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: May 22, 2006

>Respectfully submitted,
>
>DANIEL BRODERICK
>Acting Federal Defender
>
>/s/ Linda C. Harter
>_____
>LINDA C. HARTER
>Chief Assistant Federal Defender
>Attorney for Defendant
>HAROLD WILLIAM SHIPPEN

Dated: May 22, 2006

>MCGREGOR W. SCOTT
>United States Attorney
>
>/s/ Camil Skipper
>_____
>CAMIL SKIPPER
>Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 22, 2006

>/s/ Garland E. Burrell, Jr.
>GARLAND E. BURRELL, JR.
>United States District Judge

Stipulation and Proposed Order        3