1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HAROLD WILLIAM SHIPPEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-208 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| HAROLD WILLIAM SHIPPEN, | ) Date: September 29, 2006 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Camil Skipper, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant, HAROLD WILLIAM SHIPPEN, as follows:

It is agreed that the current Status Conference hearing date of September 15, 2006 be vacated and a new status conference hearing date of September 29, 2006 at 9:00 a.m. be set.

This continuance is requested as defense counsel will be in trial on the previously scheduled date. Additionally, a proposed plea agreement is expected from the government and additional time is needed to review the proposed agreement with Mr. Shippen and to continue discussions with counsel for the government toward resolution of the

1 case.

2 It is further stipulated and agreed between the parties that the
3 period beginning September 15, 2006 through and including September 29,
4 2006 should be excluded in computing the time within which the trial of
5 the above criminal prosecution must commence for purposes of the Speedy
6 Trial Act for defense preparation. All parties stipulate and agree
7 that this is an appropriate exclusion of time within the meaning of
8 Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code
9 T4.

Dated: September 14, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
HAROLD WILLIAM SHIPPEN

Dated: September 14, 2006          MCGREGOR W. SCOTT
                                   United States Attorney


/s/ Camil Skipper
_____
CAMIL SKIPPER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: September 15, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Proposed Order           2