1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HAROLD WILLIAM SHIPPEN

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    ) No. CR-S-06-208 GEB
                                )
12            Plaintiff,        )
                                ) STIPULATION AND ORDER
13     v.                       )
                                )
14 HAROLD WILLIAM SHIPPEN,      ) Date: December 8, 2006
                                ) Time: 9:00 a.m.
15            Defendant.        ) Judge: Garland E. Burrell, Jr.
                                )
16 _____)

18     It is hereby stipulated between the parties, Camil Skipper,
19 Assistant United States Attorney, attorney for Plaintiff, and Linda
20 Harter, attorney for defendant, HAROLD WILLIAM SHIPPEN, as follows:
21     It is agreed that the current Status Conference hearing date of
22 November 17, 2006 be vacated and a new status conference hearing date
23 of December 8, 2006 at 9:00 a.m. be set.
24     Defense counsel has received numerous medical records and has
25 summarized those records for the government. The parties are
26 negotiating a resolution and more time is needed to explain the
27 ramifications of any agreement reached to the client.
28     It is further stipulated and agreed between the parties that the

period beginning November 17, 2006 through and including December 8, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: November 16, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
HAROLD WILLIAM SHIPPEN

Dated: November 16, 2006         MCGREGOR W. SCOTT
United States Attorney


/s/ Camil Skipper
_____
CAMIL SKIPPER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  November 17, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Proposed Order            2