1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   HAROLD WILLIAM SHIPPEN

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR-S-06-208 GEB
                                     )
12              Plaintiff,           )
                                     )  STIPULATION AND ORDER
13       v.                          )
                                     )
14  HAROLD WILLIAM SHIPPEN,          )  Date:  January 5, 2007
                                     )  Time:  9:00 a.m.
15              Defendant.           )  Judge: Garland E. Burrell, Jr.
                                     )
16  _____    )

17

18       It is hereby stipulated between the parties, Camil Skipper,

19  Assistant United States Attorney, attorney for Plaintiff, and Linda

20  Harter, attorney for defendant, HAROLD WILLIAM SHIPPEN, as follows:

21       It is agreed that the current Status Conference hearing date of

22  December 8, 2006 be vacated and a new status conference/change of plea

23  hearing date of January 5, 2007 at 9:00 a.m. be set.

24       Defense counsel has received numerous medical records and has

25  summarized those records for the government.  The parties are

26  negotiating a resolution and more time is needed to explain the

27  ramifications of any agreement reached to the client.

28       It is further stipulated and agreed between the parties that the

period beginning December 8, 2006 through and including January 5, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: December 7, 2006

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      _____
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      HAROLD WILLIAM SHIPPEN

Dated: December 7, 2006         MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Camil Skipper
                                      _____
                                      CAMIL SKIPPER
                                      Assistant U.S. Attorney

                                  **ORDER**

**IT IS SO ORDERED.**

Dated: December 7, 2006

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge