```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HAROLD WILLIAM SHIPPEN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-06-208 GEB
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13       v.                      )
                                 )
14  HAROLD WILLIAM SHIPPEN,      ) Date:  February 9, 2007
                                 ) Time:  9:00 a.m.
15              Defendant.       ) Judge: Garland E. Burrell, Jr.
                                 )
16  _____)

17

18       It is hereby stipulated between the parties, Camil Skipper,

19  Assistant United States Attorney, attorney for Plaintiff, and Linda

20  Harter, attorney for defendant, HAROLD WILLIAM SHIPPEN, as follows:

21       It is agreed that the current Status Conference hearing date of

22  January 5, 2007 be vacated and a new status conference/change of plea

23  hearing date of February 9, 2007 at 9:00 a.m. be set.

24       This continuance is requested as defense counsel is out of the

25  office on medical leave due to a recent skiing accident.

26       It is further stipulated and agreed between the parties that the

27  period beginning January 5, 2007 through and including February 9, 2007

28  should be excluded in computing the time within which the trial of the
```

above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: January 4, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
HAROLD WILLIAM SHIPPEN

Dated: January 4, 2007        MCGREGOR W. SCOTT
                              United States Attorney


/s/ Camil Skipper
_____
CAMIL SKIPPER
Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

Dated: January 5, 2007        _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stipulation and Proposed Order        2