```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HAROLD WILLIAM SHIPPEN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   ) No. CR-S-06-208 GEB
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER
13       v.                     )
                                )
14  HAROLD WILLIAM SHIPPEN,     ) Date:  March 9, 2007
                                ) Time:  9:00 a.m.
15              Defendant.      ) Judge: Garland E. Burrell, Jr.
                                )
16  _____)

17

18       It is hereby stipulated between the parties, Camil Skipper,

19  Assistant United States Attorney, attorney for Plaintiff, and Linda

20  Harter, attorney for defendant, HAROLD WILLIAM SHIPPEN, as follows:

21       It is agreed that the current Status Conference hearing date of

22  February 9, 2007 be vacated and a new status conference/change of plea

23  hearing date of March 9, 2007 at 9:00 a.m. be set.

24       This continuance is requested to give defense counsel additional

25  time to discuss the plea offer with her client. Defense counsel has

26  been out of the office due to a skiing accident.

27       It is further stipulated and agreed between the parties that the

28  period beginning February 9, 2007 through and including March 9, 2007
```

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: February 7, 2007

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    HAROLD WILLIAM SHIPPEN

Dated: February 7, 2007          MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Camil Skipper
                                    _____
                                    CAMIL SKIPPER
                                    Assistant U.S. Attorney


                              **ORDER**

**IT IS SO ORDERED.**

Dated: February 15, 2007

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge