```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2709
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )    CR. No. S-06-208 GEB
                                  )
12        Plaintiff,              )    PRELIMINARY ORDER OF
                                  )    FORFEITURE
13     v.                         )
                                  )
14  HAROLD WILLIAM SHIPPEN,       )
       aka "femrunaway_wanted,"   )
15                                )
          Defendant.              )
16  _____)
17
```

Based upon the plea agreement entered into between plaintiff United States of America and defendant Harold William Shippen, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)   Sony Vaio desktop computer, key number QJGK7-VRKTK-96CJH-267XF-K7Q28; and

        b)   Hewlett Packard Pavilion ZA5170 laptop computer, serial no. TW22908512.

///

2. The above-listed property constitutes or is property that was used or intended to be used in any manner or part to commit and to promote the commission of a violation of 18 U.S.C. § 2251.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Oroville Mercury Register</u> (Butte County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an

interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

   5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

   SO ORDERED.

Dated: April 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge