```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-208 GEB |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| HAROLD WILLIAM SHIPPEN, ) | |
|   aka "femrunaway_wanted," ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on April 27, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Harold William Shippen forfeiting to the United States the following property:

        a)    Sony Vaio desktop computer, key number QJGK7-VRKTK-96CJH-267XF-K7Q28; and

        b)    Hewlett Packard Pavilion ZA5170 laptop computer, serial no. TW22908512.

AND WHEREAS, on May 11, 18, and 25, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Oroville Mercury Register</u> (Butte County), a newspaper of general

circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Harold William Shippen.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: August 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge